UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
CHARLES HUCKABEE,

               Plaintiff,

   - against -

BOUCHARD TRANSPORTATION CO,
 INC., et al.,

               Defendants.
---------------------------------------------------------X

<u>ORDER OF DISCONTINUANCE</u>
06-CV-1843 (RRM) (VVP)

MAUSKOPF, United States District Judge.

It having been reported to the Court that the above action has been settled, it is

ORDERED that the action is hereby discontinued, without prejudice to the right to reopen the

action if the settlement is not consummated.

                                     SO ORDERED.

                                     **/s/ RRM**

Dated: Brooklyn, New York
       May 29, 2009                             _____
                                           ROSLYNN R. MAUSKOPF
                                           United States District Judge